IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS A. BURK                                                                                    PLAINTIFF

            v.                        5:14-cv-05252

SHERIFF TIM HELDER,
NURSE RHONDA BRADLEY,
DEPUTY SCARBOUGH and
DEPUTY DILL                                                                                       DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff submitted this *pro se* action for filing on August 12, 2014. Defendants propounded interrogatories and requests for production to the Plaintiff on March 30, 2015. Having not received a response to the discovery requests, Defendants filed a motion to compel. (Doc. 17). The Plaintiff did not respond to the motion to compel.

On July 27, 2015, this Court entered an Order compelling plaintiff's discovery responses by Friday, August 21, 2015. (Doc. 19). On that date, the Court advised the Plaintiff that failure to comply with an order of the Court may subject this case to summary dismissal.

Plaintiff did not respond to the Court's order. Accordingly, the Defendants filed a Motion to Dismiss on August 28, 2015. (Doc. 20). On September 15, 2015, the Court entered an Order to show cause why this action should not be dismissed because of Plaintiff's failure to comply with an order of the court. The Plaintiff was given until October 15, 2015 to respond to the show cause order, and was again advised that failure to comply with the Court's order would cause the matter to be summarily dismissed. (Doc. 22).

To date, Plaintiff has not responded to the Order to show cause. Accordingly, I recommend that this case be dismissed based on Plaintiff's failure to prosecute the action and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**        I

IT IS SO ORDERED this 20th day of October, 2015.

/s/     *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)