IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS A. BURK                                                                                    PLAINTIFF

V.                               CASE NO. 5:14-CV-5252

SHERIFF TIM HELDER; NURSE RHONDA BRADLEY;
DEPUTY SCARBOUGH; and DEPUTY DILL                                              DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 23) filed in this case on October 20, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with the Court's Order and failure to prosecute. All other pending motions are **DENIED AS MOOT**.

**IT IS SO ORDERED** on this 11th day of January, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE